**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:19-CV-147-RJC-DCK**

| | |
|---|---|
| UNIVERSAL ENVIRONMENTAL SERVICES LLC, ) ) ) Plaintiff, ) ) v. ) ) LESSLIE LEE BOLIN and ROBERT LEE ) WALLACE JR., individually and doing ) business as L&R OIL RECOVERY, ) ) Defendants. ) ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 9) filed by Christopher J. Derrenbacher, concerning Berj K. Parseghian on June 24, 2019. Berj K. Parseghian seeks to appear as counsel *pro hac vice* for Plaintiff Universal Environmental Services LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 9) is **GRANTED**. Berj K. Parseghian is hereby admitted *pro hac vice* to represent Plaintiff Universal Environmental Services LLC.

**SO ORDERED**.

Signed: June 25, 2019

David C. Keesler
United States Magistrate Judge