# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL CASE NO. 3:19-cv-147

UNIVERSAL ENVIRONMENTAL SERVICES LLC  
**Plaintiff(s),**

vs.

LESSLIE LEE BOLIN, ROBERT LEE WALLACE JR. and RICHARD LEE MOORE, individually and doing business as L&R OIL RECOVERY  
**Defendant(s).**

and related third-party action

**DESIGNATION OF MEDIATOR**

Pursuant to the Pretrial Order and Case Management Plan entered Sept. 27, 2019, counsel for Plaintiff(s)/Defendant(s), on behalf of all parties, submit this report stating the identity of the mediator upon whom the parties have agreed. The parties agree upon and have selected the following individual to serve as mediator in the above-captioned case:

William Brazil, Esq.  
77 Central Avenue, Suite E  
Asheville, NC 28801

Respectfully submitted this 21st day of October, 2019.

| Plaintiff's Counsel | Party | Date | Defendants/Third-Party Plaintiffs' Counsel | Party | Date |
|---|---|---|---|---|---|
| s/ Berj K. Parseghian | Universal Environmental Services LLC | 10/18/19 | s/ Christopher M. Kelly | Lesslie Lee Bolin and Robert Lee Wallace Jr. | 10/18/19 |
| /s Christopher J. Derrenbacher | Universal Environmental Services LLC | 10/18/19 | s/ Michael Paul Thomas | Richard Lee Moore | 10/18/19 |
| | | | s/ Jennifer B. Milak | Keystone Powdered Metals Company | 10/18/19 |